43471, 43472. UNITED SERVICES AUTOMOBILE
ASSOCIATION v. LOGUE (two cases).

BELL, Presiding Judge. These appeals are controlled by the decision of this court in *United Services Auto. Assn. v. Logue,* 117 Ga. App. 717.

> *Judgments affirmed. Hall and Quillian, JJ., concur.*
> ARGUED MARCH 5, 1968—DECIDED APRIL 3, 1968—
> REHEARING DENIED MAY 1, 1968—CERT. ▬▬▬▬▬

*Woodruff, Savell, Lane & Williams, Edward L. Savell,* for appellant.

*Bryan, Carter, Ansley & Smith, M. D. McLendon,* for appellees.